# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

)
United States of America  )
vs.                       )   CR
                          )   Case No. 06-0059 AWI
Damian Gunn               )
                          )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Damian Gunn_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following condition:   You shall participate in the curfew component of the home confinement program which will include passive GPS tracking system. You shall pay for the cost of the program as directed by PSO. You are restricted to your residence everyday from 9 pm to 6 am or as directed by PSA and or supervising officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Damian Gunn_                12-26-07        _Lydia S._              1-8-08
Signature of Defendant       Date            Pretrial Services Officer   Date
Damian Gunn

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                                                      1/14/08
Signature of Assistant United States Attorney                        Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_signature_                                                          1/11/08
Signature of Defense Counsel                                         Date
James Homola

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   1/14/2008
☐ The above modification of conditions of release is *not* ordered.

_signature_                                                          1/14/2008
Signature of Judicial Officer                                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services