1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000



FILED
APR 30 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAMON GUNN,<br> aka Damian Gunn,<br><br>            Defendant,<br>    and<br><br>SHERRY A. BROWN,<br><br>            Surety. | 1:06-CR-0059 AWI<br><br>ORDER DIRECTING ENTRY OF FINAL<br>JUDGMENT OF FORFEITURE OF BOND<br>(~~PROPOSED~~)<br><br><br>DATE: April 7, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Two<br>Honorable Anthony W. Ishii |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant and surety, SHERRY A. BROWN, in the amount of the equity of the property bond posted by Ms. BROWN, totaling at least One Hundred Thousand Dollars ($100,000); and it appearing to the Court from the entire record that the requested relief should be granted,

        IT IS HEREBY ORDERED, that the Clerk of the United States

1 | District Court is hereby directed to enter judgment against DAMON
2 | GUNN, as Defendant and Principal, and against SHERRY A. BROWN, as
3 | Surety, jointly and severally in the amount of the equity of the
4 | property bond totaling at least One Hundred Thousand Dollars
5 | ($100,000), plus interest from the date of entry of the judgment at
6 | the current legal note until paid, plus costs of the Court.

DATED: 4-28-08

_____
HONORABLE ANTHONY W. ISHII
United States District Judge