```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    DAMIEN GUNN
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA       |
                                   |
11           Plaintiff,             |   Case No. 1:06-CR-59 LJO
    vs.                            |
12                                 |   STIPULATION AND
    DAMIEN GUNN                    |   ORDER TO CONTINUE
13                                 |
             Defendant.            |
14  _____ |

15       Defendant DAMIEN GUNN by and through his attorney, James Homola,

16  and the United States of America, by and through its attorney, KAREN

17  ESCOBAR, Assistant U.S. Attorney, hereby stipulate to the following

18  request:

19       That the hearing scheduled for July 6, 2017 be continued to July

20  13, 2017 at 2:00 pm.  The continuance is requested to permit the

21  appearance of appointed counsel.

22  DATED: June 21, 2017

23       /s/ James R. Homola          /S/ Kimberly A. Sanchez
         JAMES R. HOMOLA              KAREN A. ESCOBAR
```

Attorney for Defendant        Assistant U.S. Attorney
DAMIEN GUNN

### ORDER

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  **June 30, 2017**                    /s/ *Eric P. Gross*
                                             UNITED STATES MAGISTRATE JUDGE